cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Ben Alan Snipes, | ) | Civil No.06cv2531 LAB(AJB) |
| | ) | |
| Petitioner, | ) | Order Denying Motion for Correction; |
| v. | ) | Setting Deadline for Filing Motion to |
| | ) | Amend and Second Amended Petition |
| James E. Tilton, Warden, | ) | and Amending Scheduling Deadlines |
| | ) | for Response to the Petition |
| Respondent. | ) | [Doc. No. 42] |
| | ) | |

Petitioner has filed a Motion for Corrections, seeking to amend factual statements in the First Amended Petition ("FAP"). However, the proper method for correction of factual allegations in the FAP is by way of filing an amended petition. As such, the Court hereby DENIES Petitioner's Motion for Corrections without prejudice to Petitioner filing a motion to amend the Petition and a Second Amended Petition that incorporates the changes set forth in the instant motion. Petitioner shall file motion to amend the Petition and a Second Amended Petition **on or before March 24, 2008**.

The Court hereby amends the scheduled deadlines for response to the Petition set forth in this Court's Order dated January 28, 2008, [Doc. No. 40], as follows. If Respondent intends to file a motion to dismiss, Respondent shall file **on or before April 10, 2008** and Petitioner's opposition will be due **on**

1  **or before May 1, 2008**.  If Respondent intends to file an answer to the Petition, Respondent shall file **on
2  or before April 24, 2008** and Petitioner's traverse shall be due **on or before May 27, 2008**.
3      IT IS SO ORDERED.

5  DATED:  February 22, 2008

                                                Hon. Anthony J. Battaglia
                                                U.S. Magistrate Judge
                                                United States District Court